MICHAEL BORKOWSKI
Attorney at Law, CSB No. 105068
331 J Street, Ste. 200
Sacramento, CA 95814
Phone: (916) 441-1077
Email: mfborkowski@gmail.com

Attorney for Plaintiff Jacqlyn Anne Marcum

LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510
Email: McDermott@longyearlaw.com

Attorneys for Defendant County of Sacramento

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQLYN ANNE MARCUM,** | ) Case No.: **2:19-cv-01135-KJM-DB** |
| | ) |
| **Plaintiff,** | ) **STIPULATION TO ADDITIONAL** |
| | ) **EXTENSION OF TIME TO RESPOND TO** |
| **vs.** | ) **COMPLAINT; ORDER** |
| | ) |
| **JOSEPH COREY, CITIBANK,** | ) **[L.R. 143 & 144]** |
| **SALVATOR RAMIREZ, COUNTY OF** | ) |
| **SACRAMENTO, and Does 1-20** | ) |
| | ) |
| **Defendants.** | ) Complaint filed: 3/22/17 |
| | ) Trial Date: none |
| | ) |

COMES NOW Plaintiff Jacqlyn Anne Marcum and Defendant County of Sacramento, by
and through their respective counsel and subject to approval of this Court, and hereby stipulate
and respectfully request that Defendant County of Sacramento be permitted an additional two (2)
week extension of time to respond to the complaint to permit the parties to engage in further
meet and confer regarding the County's intended Motion to Dismiss and for Plaintiff's counsel to
complete his research and investigation pertaining to a related wrongful death case that was

STIPULATION TO ADDITIONAL EXTENSION OF TIME TO RESPOND TO COMPLAINT          Page 1

previously filed and dismissed wherein Plaintiff Jacqlyn Anne Marcum was a party, as further described below.

WHEREAS, Plaintiff filed a complaint for damages in the Sacramento County Superior Court on March 22, 2017;

WHEREAS, Defendant County of Sacramento was served with the complaint on May 21, 2019, and thereafter removed the case to federal court on June 20, 2019 (ECF No. 1);

WHEREAS, the parties previously stipulated that Defendant County of Sacramento shall have an extension of twenty-eight (28) days to respond to the Complaint (ECF No. 4), and pursuant thereto, a response to the complaint is due on or before July 25, 2019;

WHEREAS, on or around July 19, 2019, Plaintiff's counsel discovered that Plaintiff's step-mother, Tina Ann Marcum, filed a lawsuit in Sacramento Superior Court on November 25, 2014, case no. 34-2014-00172165, for the wrongful death of Roy Steven Marcum, Plaintiff's father (herein "2014 lawsuit"). Plaintiff is a party to the 2014 lawsuit by and through her guardian ad litem, Tina Ann Marcum, and was represented in that matter by attorney Mark R. Swartz. The County of Sacramento is not a defendant in the 2014 lawsuit. On April 8, 2015, a Request for Dismissal with prejudice as to Plaintiff only was filed and entered in the 2014 lawsuit (Exhibit 1 attached);

WHEREAS, Plaintiff's counsel seeks additional time before Defendant County is required to file their response to the complaint to continue and finish his research to determine whether Plaintiff's lawsuit remains viable against the County of Sacramento and to obtain information regarding the 2014 lawsuit that was filed on behalf of Plaintiff and dismissed with prejudice without her knowledge and consent;

WHEREAS, the parties agree that the requested two (2) week extension will allow the parties to continue their meet and confer efforts and to potentially resolve the need for motions pertaining to the complaint;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose.

///

1     **IT IS SO STIPULATED.**

2  Dated: July 23, 2019

3                          By:   */s/ Michael Borkowski*
                              Michael Borkowski
                              Attorney for Plaintiff

4

5  Dated:   July 23, 2019                LONGYEAR, O'DEA & LAVRA, LLP

6

7                          By:   */s/ Amanda L. McDermott*
                              (as authorized on 7/23/19)

8                              AMANDA L. MCDERMOTT
                             Attorney for Defendant County of Sacramento

9

10

11                              **ORDER**

12     Pursuant to stipulation of the parties, and good cause appearing, the deadline for

13 Defendant County of Sacramento to respond to the complaint is extended by two (2) weeks to

14 August 8, 2019.

15     **IT IS SO ORDERED**.

16 DATED:  July 30, 2019.

17

18                                         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28