UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQLYN A. MARCUM,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH COREY, CITIBANK, SALVATOR RAMIREZ, and COUNTY OF SACRAMENTO,<br><br>Defendants. | No. 2: 19-CV-01135-KJM-DB<br><br><br><br>ORDER |

Plaintiff filed a complaint on March 22, 2017 in Sacramento County Superior Court, alleging negligence, premises liability, and liability under 42 U.S.C. § 1983. Defendant removed on June 20, 2019. Defendant County of Sacramento filed a stipulation of dismissal purporting to show the agreement of plaintiff to the dismissal of all claims and parties on October 8, 2019. The remaining defendants have not yet appeared in this action and as of today's date, no further action has been taken by plaintiff to complete litigation of this case. The case is set for a pretrial scheduling conference on October 24, 2019 at 2:30 P.M., but the date will be vacated and reset because the parties have not filed a joint status report.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for his failure to prosecute as to the remaining defendants. Fed. R. Civ. P. 41(b). The scheduling conference set for October 24th is

VACATED and RESET for January 16, 2020 at 2:30 P.M., with the filing of a joint status report due at least 14 days prior to the scheduling conference.

DATED: October 18, 2019.

_____
UNITED STATES DISTRICT JUDGE